```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 00005
    CHRISTINE BETTS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6013


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 01/02/2007 and was confirmed 03/15/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/14/2008.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
EMC MORTGAGE                CURRENT MORTG        .00            .00            .00
EMC MORTGAGE                MORTGAGE ARRE   17408.83            .00         446.03
EMC MORTGAGE                UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO WATER DE    SECURED          149.98             .00          65.00
FIRST PREMIER               UNSECURED      NOT FILED            .00            .00
AT&T                        UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                 UNSECURED         671.68            .00            .00
CITY OF CHICAGO PARKING     UNSECURED        1846.00            .00            .00
COMMONWEALTH EDISON         UNSECURED        9902.63            .00            .00
Z TEL COMMUNICATIONS        UNSECURED         416.10            .00            .00
ROUNDUP FUNDING LLC         UNSECURED        1013.65            .00            .00
LVNV FUNDING                UNSECURED         580.37            .00            .00
EVERGREEN EMERGENCY SERV    UNSECURED      NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV    UNSECURED      NOT FILED            .00            .00
MONTGOMERY WARD             UNSECURED      NOT FILED            .00            .00
OVERLAND BOND & INVESTME    UNSECURED      NOT FILED            .00            .00
MCI COMMUNICATIONS          UNSECURED      NOT FILED            .00            .00
PERCY L JULIAN              UNSECURED      NOT FILED            .00            .00
LITTLE COMPANY OF MARY H    UNSECURED      NOT FILED            .00            .00
SHERMAN ACQUISITION         UNSECURED      NOT FILED            .00            .00
SUPERIOR MANAGEMENT         UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        6157.77            .00            .00
ROUNDUP FUNDING LLC         UNSECURED         103.07            .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     1,814.00                       1,814.00
TOM VAUGHN                  TRUSTEE                                          159.97
DEBTOR REFUND               REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     2,485.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 00005 CHRISTINE BETTS
```

```
PRIORITY                                                                  .00
SECURED                                                                511.03
UNSECURED                                                                 .00
ADMINISTRATIVE                                                       1,814.00
TRUSTEE COMPENSATION                                                   159.97
DEBTOR REFUND                                                             .00
                                    ---------------      ---------------
TOTALS                                     2,485.00             2,485.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```